

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00262-CV

SENIOR LIVING PROPERTIES,
LLC D/B/A GARDEN TERRACE
HEALTHCARE CENTER

APPELLANT

V.

LINDA KEYSER, INDIVIDUALLY
AND AS REPRESENTATIVE OF
THE ESTATE OF LEONA BERNICE
KEYSER

APPELLEE

------------

## FROM THE 90TH DISTRICT COURT OF YOUNG COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion To Dismiss The Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  December 2, 2010